JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JOSEPH GRIMES,                          )   CASE NO. CV 12-1676-JFW (PJW)
                                        )
                Petitioner,             )
                                        )   J U D G M E N T
                v.                      )
                                        )
MARTIN BITER,                           )
                                        )
                Respondent.             )
_____ )


        Pursuant to the Order Granting Petitioner's Request to
Voluntarily Dismiss His Petition,

        IT IS ADJUDGED that the Petition is dismissed without prejudice.


        DATED: August 17, 2012.



                                        _____
                                        JOHN F. WALTER
                                        UNITED STATES DISTRICT JUDGE


C:\Temp\notesE1EF34\Judgment.wpd