JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOSEPH GRIMES, | ) | CASE NO. CV 12-1676-JFW (PJW) |
| Petitioner, | ) ) | |
| v. | ) ) | J U D G M E N T |
| MARTIN BITER, | ) ) | |
| Respondent. | ) ) | |

Pursuant to the Order Granting Petitioner's Request to Voluntarily Dismiss His Petition,

IT IS ADJUDGED that the Petition is dismissed without prejudice.

DATED: August 17, 2012.

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\Judgment.wpd